# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAHEE ABD' RASHEED<br>aka JAMES E. SMITH,<br><br>        Plaintiff,<br><br>  vs.<br><br>WARDEN HEDGPETH, et al.,<br><br>        Defendants.<br>_____/ | 1:09-cv-00499-OWW-SMS-PC<br><br>ORDER DISMISSING ACTION,<br>WITHOUT PREJUDICE, FOR<br>FAILURE TO PAY FILING FEE<br><br>ORDER FOR CLERK TO CLOSE CASE |

Plaintiff Tahee Abd' Rasheed aka James E. Smith ("plaintiff") is a state prisoner proceeding pro se in this civil action pursuant to 28 U.S.C. § 1651(a).[1] On March 30, 2009, pursuant to 28 U.S.C. § 1915(g), the court found plaintiff ineligible to proceed in forma pauperis and ordered plaintiff to pay the $350.00 filing fee in full within thirty days. (Doc. 2.) Plaintiff was warned that the failure to obey the court's order would result in dismissal of this action. More than thirty days have passed and plaintiff has not complied with or otherwise responded to the court's order.

Accordingly, this is action is hereby dismissed, without prejudice, based on plaintiff's failure to obey the court's order to pay the $350.00 filing fee. The Clerk is directed to close this case in its entirety.

IT IS SO ORDERED.

**Dated: May 26, 2009**     /s/ Oliver W. Wanger

---

[1] Plaintiff has filed numerous civil actions at this court using the names James E. Smith and/or Tahee Abd' Rasheed and prison I.D. number J-74120.

UNITED STATES DISTRICT JUDGE